**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **RICCY RAMOS HERNANDEZ** | **CASE NO. 6:26-CV-01830 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **DEPT. OF HOMELAND SECURITY, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the application for writ of habeas corpus is DISMISSED as premature.

THUS DONE in Chambers on this 4th day of August, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE